Adam P. Segal, Esq.
Nevada Bar No. 6120
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br>Plaintiffs,<br>vs.<br>LLOYD'S REFRIGERATION, INC., a Nevada corporation; WALTER P. LLOYD, an individual,<br>Defendant. | CASE NO.<br><br>STIPULATED/CONSENT JUDGMENT |

Lloyd's Refrigeration, Inc. ("Employer"), and Walter P. Lloyd ("Guarantor") hereby stipulate and consent to entry of judgment in favor of Plaintiffs, Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust, the Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan, and the Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada (collectively "Trust Funds), and against Employer and Guarantor, jointly and severally, in the total sum of $279,003

20136\2\1551583.1

1

for delinquent employee benefit contributions and related costs and fees owed under the Employee Retirement Income Security Act of 1974 ("ERISA").

The parties have stipulated and therefore the Court finds:

1. Employer is signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the Plumbers and Pipefitters Union Local 525 ("Union"), in which Employer agreed to abide by the trust agreements establishing the respective Trust Funds and any amendments thereto ("Trust Agreements").

2. Under the CBA and the Trust Agreements, Employer is obligated to pay employee benefit contributions to the Trust Funds on behalf of Employer's bargaining unit employees represented by the Union.

3. Based on remittance reports prepared and submitted by Employer for the period of May 2012, through August 2012, Employer owes the Trust Funds $274,003 in employee benefit contributions, fees, interest and liquidated damages to date.

4. In addition, in the event this judgment must be executed, the Trust Funds will incur additional fees and costs determined by the parties to be at least $5,000, which are therefore included herein.

5. This Stipulated/Consent Judgment is entered into by and between Employer and the Trust Funds for employee benefit contributions and related costs and fees owed to the Trust Funds by ERISA.

///
///
///
///
///
///
///
///
///

6. Guarantor also agrees to be personally liable for payment of this judgment in the event that Employer defaults or otherwise fails to pay the amounts owed under this Stipulated/Confessed Judgment.

January 28, 2013
~~November ____, 2012.~~

November 5, 2012.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

Lloyd's Refrigeration, Inc., a Nevada corporation,

_____
Adam P. Segal, Esq.
Nevada Bar No. 6120
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

_____
Walter P. Lloyd, individually, as Guarantor and on behalf of Employer, Lloyd's Refrigeration, Inc.
Telephone: 702-798-1010
Facsimile: 702-798-6531

Attorneys for the Trust Funds

### JUDGMENT

Judgment is hereby entered against Employer and Guarantor, jointly and severally, and in favor of the Trust Funds in the amount of $279,003.

Dated March 19, 2013.

_____
U.S. DISTRICT COURT JUDGE