Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>LLOYD'S REFRIGERATION, INC., a Nevada corporation,<br><br>Defendant. | CASE NO. 2:13-cv-00144-JCM-GWF<br><br>**ORDER FOR JUDGMENT DEBTOR EXAMINATION OF WALTER P. LLOYD**<br><br>DATE: May 9, 2013<br><br>TIME: 11:00 a.m. |

The Court having reviewed the Motion for Judgment Debtor Examination of Walter P. Lloyd ("Mr. Lloyd"), submitted by the Plaintiffs, Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan, and Trustees of the Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada (collectively "Trust Funds), and good cause appearing:

IT IS HEREBY ORDERED, that Mr. Lloyd shall appear at the office of Brownstein Hyatt Farber Schreck, LLP, located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106 on May 9, 2013, at 11:00 a.m. for a judgment debtor examination pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure before a notary public or some other officer authorized by law to administer oaths and recorded by stenographic means regarding the following subject matter:

1. The documents produced in compliance with this Order;

2. Mr. Lloyd's assets and liabilities; and

3. Mr. Lloyd's financial books and records from 2012 to the present.

IT IS FURTHER ORDERED, that Mr. Lloyd shall produce to the Trust Funds' counsel at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106, one (1) week prior to the examination, the following documents:

1. Any and all documents regarding real property currently owned by Mr. Lloyd, including but not limited to location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

3. A complete current inventory list of assets owned by Mr. Lloyd, including but not limited to, equipment, vehicles, jewelry, firearms, stock, retirement plans, cash, etc.;

4. The last twelve (12) statements for each and every one of Mr. Lloyd's bank accounts in existence during such twelve (12) months, without regard to whether such account remains open;

///

///

///

5.  Any and all documents regarding real property disposed of by Mr. Lloyd in the last five (5) years;

DATED this 9th day of April, 2013.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs