UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PEPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> LLOYD'S REFRIGERATION, INC., et al., <br><br> Defendant(s). | Case No. 2:13-CV-144 JCM (GWF) <br><br> ORDER |

Presently before the court is case no. 2:13-cv-00144-JCM-GWF, *Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan et al v. Lloyd's Refrigeration, Inc. et al*.

The latest filing from the parties in this case was a notice of bankruptcy submitted by plaintiffs on February 20, 2014. (ECF No. 22). Nearly three and a half years have elapsed since that submission was entered on the docket of this case. *See* (*id.*).

"District courts have inherent power to control their dockets. In the exercise of that power they may impose sanctions including, where appropriate, default or dismissal." *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986) (citing *Link v. Wabash Railroad Co.*, 370 U.S. 626 (1961)).

Although years have passed since plaintiffs' submission of the notice of bankruptcy, the parties have not provided any additional indication on the docket of this case as to the status of the relevant bankruptcy proceedings.

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties, either
3  individually or jointly, shall file a status report as to the bankruptcy proceedings underlying this
4  case within seven (7) days of the date of this order.  Any status report submitted by the parties in
5  accordance with this order shall indicate whether prosecution of the instant case can continue.

6  DATED July 20, 2017.

                                                UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -