**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PEPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> LLOYD'S REFRIGERATION, INC., et al., <br><br> Defendant(s). | Case No. 2:13-CV-144 JCM (GWF) <br><br> ORDER |

Presently before the court is *Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan et al v. Lloyd's Refrigeration, Inc. et al*, case no. 2:13-cv-00144-JCM-GWF.

"District courts have inherent power to control their dockets. In the exercise of that power they may impose sanctions including, where appropriate, default or dismissal." *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986) (citing *Link v. Wabash Railroad Co.*, 370 U.S. 626 (1961)).

The latest filing from the parties in this case is a status report submitted by plaintiffs on July 27, 2017. (ECF No. 25). The status report indicates that defendant's bankruptcy petition was still pending as of July 27, 2017, but that the parties anticipated the filing of an order that could end the bankruptcy proceedings. *Id.* Although almost a year has passed since plaintiffs' submission of the status report, the parties have not provided any additional indication as to the status of the relevant bankruptcy proceedings.

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties, either individually or jointly, shall file a status report as to the relevant bankruptcy proceedings within seven (7) days of the date of this order. Any status report submitted by the parties in accordance with this order shall indicate whether prosecution of the instant case can continue.

DATED July 2, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**